

**COM.**

v.

**WRIGHT, M.**

**1169 WDA 2016**

Superior Court of Pennsylvania.

03/29/2017

CP–20–CR–0000448–2015
(Crawford)

Affirmed

**COM.**

v.

**CASTELLANOS, E.**

**1074 EDA 2016**

Superior Court of Pennsylvania.

3/30/2017

CP–48–CR–0001114–2015
(Northampton)

Affirmed

**COM.**

v.

**WALKER, P.**

**2947 EDA 2015**

Superior Court of Pennsylvania.

03/30/2017

CP–23–CR–0002696–2001 (Delaware)

Quashed

**COM.**

v.

**OREN, A.**

**3137 EDA 2016**

Superior Court of Pennsylvania.

3/30/2017

CP–46–CR–0002955–2011
(Montgomery)

Affirmed

